# United States District Court
# Southern District of Florida
# Case No. 14-23933-Civ-Huck/Otazo-Reyes

**JOHN DOE #1**, et al.,

    Plaintiffs,

v.

**MIAMI-DADE COUNTY,** et al.,

    Defendants.

## Joint Planning and Scheduling Report

The parties hereby submit the following Joint Planning and Scheduling Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Rule 16.1 of the Local Rules of the Southern District of Florida, and the Court's direction at the status conference held on May 1, 2017 [D.E. 82]. Accordingly, the parties report the following:

1. **Plain Statement of the Claim and Any Counterclaim**: In this action, the only remaining claim is Count IV from the Amended Complaint [D.E. 25] relating to whether the County's Ordinance is an unconstitutional ex post facto law. The only remaining Plaintiffs are John Doe #1 and John Doe #3. The only remaining defendant is Miami-Dade County. There is no counterclaim.

2. **Summary of Uncontested Facts:** Presently, Miami-Dade County has an ordinance which prohibits sexual offenders convicted of sexual battery, lewd and lascivious conduct, sexual performance by a child, sexual acts transmitted over computer, or selling or buying of minors for portrayal in sexually explicit conduct, and whose victims were 15 years of age or less from establishing a new residence within 2,500 feet of any school in both the incorporated and

unincorporated areas of Miami-Dade County.

3. **Summary of the Issues Presently Known**: As described above, the only remaining issue in this case is whether the County's Ordinance is an unconstitutional ex post facto law.

4. **Discovery Phases**: The parties propose that discovery should not be conducted in phases or be limited to any particular issues.

5. **Discovery Schedule**: The parties agree that this case should be placed on the standard discovery track pursuant to Local Rule 16.1(a)(2)(B).

6. **Proposed Deadlines**: The parties propose the following deadlines:

| | |
|---|---|
| June 23, 2017 | Joinder of Parties and Amendment of Pleadings. |
| Aug. 11, 2017 | All parties shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial. |
| Oct. 11, 2017 | All parties shall furnish opposing counsel with a written report from each expert intended to be called at trial. Within thirty (30) days, all parties shall make their experts available for deposition by opposing counsel. The experts' depositions may be conducted without further order from the Court. |
| Nov. 12, 2017 | All parties shall furnish opposing counsel with a written list containing the names and addresses of all rebuttal expert witnesses intended to be called at trial. |
| Dec. 11, 2017 | All parties shall furnish opposing counsel with a written report from each rebuttal expert intended to be called at trial. Within thirty (30) days, all parties shall make their rebuttal experts available for deposition by opposing counsel. The rebuttal experts' depositions may be conducted without further order from the Court. |
| Feb. 9, 2018 | All discovery shall be completed.<br><br>NOTE: ln the event that there are any unresolved discovery motions pending fifteen (15) days prior to this date, the moving party shall immediately advise the Court of all such unresolved motions together with their status. |
| Mar. 9, 2018 | All summary judgment, other dispositive motions, and *Daubert* motions must be filed. |

Apr. 20, 2018    All motions in limine and other pretrial motions (other than *Daubert* motions) must be filed.

May 4, 2018     Joint Pretrial Stipulation must be filed.

7. **Proposed Dates for Final Pre-Trial Conferences and Trial**:

    Week of          Proposed Approximate date for Pre-Trial Conference
    May 11, 2018

    Week of          Proposed Trial Period.
    May 18, 2018

8. **Time for Trial and Need for Jury**: The parties anticipate 2-5 days for a bench trial.

9. **Pending Motions**: There are presently no motions pending.

10. **Unique Legal or Factual Aspects of Case**: The parties do not anticipate any unique legal or factual aspects of the case requiring special consideration by the Court.

11. **Need for Magistrate**: The parties consent to the Magistrate hearing matters related to discovery.

12. **Status and Likelihood of Settlement**: At this point in time, the parties do not believe that this case presents a high likelihood of settlement. The parties will continue however to discuss this issue in good faith throughout the pendency of the case, and the parties will apprise the Court should the likelihood of settlement improve.

13. **Other Matters as Required by Local Rule 16.1(B)**: The parties do not anticipate any need for the Manual on Complex Litigation, nor any need for rule variations such as deposition length or number of depositions.

   **WHEREFORE**, the parties submit the above planning and scheduling report and request that the Court adopt the above scheduling agreements in this case.

3

Dated: May 8, 2017

Respectfully submitted,

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>Criminal Law Reform Project<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br><br>By: */s/ Brandon J. Buskey*<br>Brandon J. Buskey (Admitted Pro Hac Vice)<br>Ezekial Edwards (Admitted Pro Hac Vice)<br>Phone: (212) 284-7364<br>Fax:    (212) 549-2654<br>E-Mail: bbuskey@aclu.org<br>            eedwards@aclu.org<br><br><br>ACLU FOUNDATION OF FLORIDA<br>4500 Biscayne Blvd., Suite 340<br>Miami, Florida 33137<br><br>By: */s/ Nancy Abudu*<br>Nancy Abudu<br>Daniel B. Tilley<br>Florida Bar No. 111881 and 102882<br>Phone: (786) 363-2714<br>Fax: (786) 363-1257<br>E-Mail: nabudu@aclufl.org<br>            dtilley@aclufl.org | ABIGAIL PRICE-WILLIAMS<br>Miami Dade County Attorney<br>Stephen P. Clark Center<br>111 N.W. 1st Street, Suite 2810<br>Miami, Florida 33128<br><br><br>By: */s/ Michael B. Valdes*<br>Michael B. Valdes<br>Oren Rosenthal<br>Assistant County Attorney<br>Florida Bar No. 93129 and 86320<br>Phone: (305) 375-5151<br>Fax:    (305) 375-5634<br>E-Mail: mbv@miamidade.gov<br>            orosent@miamidade.gov |