UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 14-cv-23933-HUCK-McALILEY

JOHN DOE #1 and
JOHN DOE #3,
    Plaintiffs,

v.

MIAMI-DADE COUNTY,
    Defendant.
_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's Order Setting Civil Non-Jury Trial Date and Pretrial Schedule, Requiring Mediation and Referring Certain Motions to Magistrate Judge, Doc. 84, Plaintiffs file this Certificate of Interested Persons.

The following is a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to the parties:

Abudu, Nancy G. (Counsel for Plaintiffs)

American Civil Liberties Union, Inc. (Counsel for Plaintiffs)

American Civil Liberties Union Foundation, Inc. (Counsel for Plaintiffs)

American Civil Liberties Union Foundation of Florida, Inc. (Counsel for Plaintiffs)

American Civil Liberties Union of Florida, Inc. (Counsel for Plaintiffs)

Buskey, Brandon (Counsel for Plaintiffs)

Doe #1, John[1] (Plaintiff)

Doe #3, John (Plaintiff)

Edwards, Ezekiel (Counsel for Plaintiffs)

Hearne, Jeffrey M. (Counsel for Plaintiff John Doe #3)

Legal Services of Greater Miami, Inc.  (Counsel for Plaintiff John Doe #3)

Miami-Dade County (Defendant)

Rosenthal, Oren (Counsel for Defendant)

Tilley, Daniel B. (Counsel for Plaintiffs)

Valdes, Michael B. (Counsel for Defendant)

**Respectfully Submitted,**

**/s/ Daniel B. Tilley**

| | |
|---|---|
| **Daniel B. Tilley** | **Brandon Buskey\*** (ASB2753A50B) |
| Florida Bar No. 102882 | **Ezekiel Edwards\*** |
| **Nancy G. Abudu** | ACLU Foundation |
| Florida Bar No. 111881 | 125 Broad Street, 18th Floor |
| ACLU Foundation of Florida | New York, New York 10004 |
| 4343 W. Flagler St., Ste. 400 | T. (212) 284-7364 |

---

[1] At docket entry 30, this Court entered a minute order granting Plaintiffs' motion for leave to proceed anonymously.

| | |
|---|---|
| Miami, FL 33134 | F. (212) 549-2654 |
| T. (786) 363-2714 | BBuskey@aclu.org |
| F. (786) 363-1257 | EEdwards@aclu.org |
| DTilley@aclufl.org | *Admitted pro hac vice |
| NAbudu@aclufl.org | |
| *Counsel for Plaintiffs* | |

**Jeffrey M. Hearne**
Florida Bar No. 512060
Legal Services of Greater Miami, Inc.
4343 W. Flagler St., Ste. 100
Miami, FL 33134
T. (305) 438-2403
F. (305) 573-5800
Jhearne@legalservicesmiami.org
*Counsel for Plaintiff John Doe #3*

## Certificate of Service

Today, June 6, 2017, I electronically filed this document with the Clerk of Court using CM/ECF, which automatically serves all counsel of record via electronic transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Daniel B. Tilley
Daniel B. Tilley