IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| John Doe #3, et al. | * * * * * | No. 1:14-cv-23933-Huck/McAliley |
| Plaintiffs, | * * |  |
| v. | * * * |  |
| Miami-Dade County | * * |  |
| Defendant. | * * |  |

_____

# JOINT MOTION TO CONTINUE TRIAL AND AMEND SCHEDULING ORDER DEADLINES

    Plaintiffs John Does and Defendant Miami-Dade County move this Court to continue the trial for six weeks and to extend the deadlines in its scheduling order accordingly, and, in support, state the following:

    1.    Trial in this case is scheduled for March 19, 2017. Dispositive Motions are due on January 3, 2018, and discovery must be completed by January 23, 2018.

    2.    Local Rule 7.6 allows for a continuance of the trial based upon exceptional circumstances.

    3.    Exceptional circumstances have arisen in this case since the lead attorneys for each side will be absent during December for parental leave.

    4.    Defendant's lead counsel, Michael Valdes, is expecting a child in the coming weeks. While the child's original due date was set for December 15, 2017, that due date has been

moved up to a scheduled delivery date of December 5, 2017. However, there remains an anticipation that the child could arrive sooner than expected. Mr. Valdes, therefore, anticipates that he could be called upon to go on leave at any time between now and December 5, 2017 and remain on leave throughout December. Defendant's counsel will be returning to work on January 2, 2018.

5. Plaintiffs' lead counsel, Brandon Buskey, recently had a child and will be on parental leave beginning December 1, 2017. Plaintiffs' counsel will be returning to work on January 8, 2018.

6. However, because the lead attorneys will be on parental leave during December, the parties need additional time to comply with the dispositive motion deadline and discovery deadline and, thus, the trial date.

7. The parties have diligently scheduled and conducted discovery on the current timeline. Plaintiffs filed their Amended Complaint on October 5, 2017.[1] Defendant filed its Answer on October 26, 2017. The parties have fully cooperated regarding discovery and the disclosure of expert witnesses and reports Plaintiffs have identified, retained, and disclosed their expert witnesses, and they have provided Defendant with reports from three of their four experts. The parties agree that much of this case will center on the parties' respective experts. With counsel's parental leave and the experts' professional commitments, the expert depositions need to be scheduled in January.

8. The parties agree that a six-week continuance of the trial date, dispositive motion deadline and discovery deadline is sufficient to account for counsel's parental leave.

---

[1] The requested continuance is unrelated to the addition of the new plaintiffs.

9. The parties have not previously requested a continuance, and they filed this motion at the earliest practical date once the parties determined that a continuance was necessary.

Based on the foregoing, the parties respectfully request that the Court continue the trial for six weeks and enter an order amending the scheduling order accordingly.

This 22nd day of November 2017.

Respectfully submitted,

Attorneys for Plaintiffs

**/s/ Daniel B. Tilley**
Daniel B. Tilley
Florida Bar No. 102882
Nancy Abudu
Florida Bar No. 111881
ACLU Foundation of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
T: 786-363-2714
F: 786-363-1257
dtilley@aclufl.org
nabudu@aclufl.org

Brandon J. Buskey** (ASB2753A50B)
Ezekiel Edwards**
American Civil Liberties Union Foundation
Criminal Law Reform Project
125 Broad Street, 18th Floor
New York, NY 10004
T: 212-284-7364
F: 212-549-2654
bbuskey@aclu.org
eedwards@aclu.org

** Pro hac vice

Jeffrey M. Hearne
Florida Bar No. 512060
Daniel Rowinsky Quintian
Florida Bar No. 105525
Attorneys only for John Doe #3,
John Doe #4, and John Doe #5
Legal Services of Greater Miami, Inc.
4343 W. Flagler, Ste. 100
Miami, Florida 33134
T: 305-576-0080
F: 305-573-5800
jhearne@legalservicesmiami.org
drowinsky@legalservicesmiami.org

Valerie Jonas
Florida Bar No. 616079
Weitzner & Jonas, P.A.
1444 Biscayne Blvd., Suite 207
Miami, FL 33132
valeriejonas77@gmail.com
786-254-7930

Attorneys for Defendants

**/s/ Michael B. Valdes**
Michael B. Valdes, Assistant County Attorney
Florida Bar No. 93129
ABIGAIL PRICE-WILLIAMS
Miami-Dade County Attorney's Office
Stephen P. Clark Center
111 NW First Street, Suite 2810
Miami, Florida 33128
Office: (305) 375-5620
Fax:    (305) 375-5634
Email: mbv@miamidade.gov