UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:14-cv-23933-PCH

JOHN DOE #1, JOHN DOE #2,
JOHN DOE #3, and
FLORIDA ACTION COMMITTEE, INC.,

    Plaintiffs,

v.

MIAMI-DADE COUNTY; FLORIDA
DEPARTMENT OF CORRECTIONS
SUNNY UKENYE, Circuit Administrator
For the Miami Circuit Office, FLORIDA DEPARTMENT
OF CORRECTIONS, in his official capacity,

    Defendants.
_____/

## ORDER RE-SETTING TRIAL AND CALENDAR CALL

Counsel for the Plaintiffs and the Defendants are advised that the trial in the above styled cause is re-set for the two-week period beginning **Monday, April 30, 2018 at 9:00 a.m. Calendar Call will be Wednesday, April 25, 2018 at 9:00 a.m.** before the Honorable Paul C. Huck, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 2, Miami, Florida. The timetable for pretrial procedures remains the same as described in the Court's Trial Order [Doc. No. 84], and should be based on the new trial date.

DONE AND ORDERED in chambers, Miami, Florida, November 28, 2017.

                                                    PAUL C. HUCK
                                                    UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of record