UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:14-cv-23933-PCH

JOHN DOE #4, JOHN DOE #5,
JOHN DOE #6, and JOHN DOE #7,

    Plaintiffs,

v.

MIAMI-DADE COUNTY, FLORIDA,

    Defendant.
_____/

### ORDER RE-SETTING TRIAL AND CALENDAR CALL

This cause is before the Court upon the Joint Motion to Continue Trial and Amend Scheduling Order Deadlines, filed February 2, 2018 [D.E. 97]. The Motion is granted in part. Counsel for the Plaintiffs and the Defendants are advised that the trial in the above styled cause is re-set for the two-week period beginning **Monday, June 25, 2018 at 9:00 a.m.** **Calendar Call will be Wednesday, June 20, 2018 at 9:00 a.m.** before the Honorable Paul C. Huck, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 2, Miami, Florida. The Court is not available in the middle of August, during the requested trial date period. The new trial date should provide sufficient time to resolve all scheduling concerns.

    The timetable for pretrial procedures remains the same as described in the Court's Trial Order [Doc. No. 84], and should be based on the new trial date. No further extensions will be granted absent exceptional circumstances.

DONE AND ORDERED in chambers, Miami, Florida, February 9, 2018.

*signature*

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of record