IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| John Doe #3, et al. | * | |
| | * | |
| | * | No. 1:14-cv-23933-Huck/McAliley |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| | * | |
| Miami-Dade County | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Mediator George Knox on Thursday, April 19, 2018, at 9:30 a.m. at Legal Services of Greater Miami, Inc., 4343 W. Flagler St., Ste. 100, Miami, Florida, 33134.

**DONE AND ORDERED** in Chambers, Miami, Florida this 16th day of March 2018.

Paul C. Huck
United States District Judge

Copies furnished:
All counsel of record