United States District Court
Southern District of Florida
Case No. 14-23933-Civ-Huck/McAliley

John Doe #4, et al.,
    Plaintiffs,

v.

Miami-Dade County,,
    Defendants.

## Unopposed Motion for Extension of Time to File Motion for Summary Judgment

Defendant Miami-Dade County moves this Court to extend the deadline in the Court's scheduling order for the filing of Motions for Summary Judgment, and, in support, states the following:

1. This Court's Scheduling Order currently provides a deadline of April 11, 2018 for all motions for summary judgment in this case. D.E. 84, 98.

2. This deadline was based upon the new trial date set forth in this Court's Order Resetting Trial and Calendar Call. *See* D.E. 93. In that order, this Court specified that no further extensions of time would be granted absent exceptional circumstances. *Id.*

3. Since that time, all parties have been acting diligently with respect to their discovery obligations and other matters.

4. However, exceptional circumstances have arisen which necessitate undersigned counsel to respectfully request a three-week extension of the deadline to file Motions for Summary Judgment.

5. Good cause exists for this request.

6. Miami-Dade County had scheduled depositions of the four plaintiffs for use in its soon-to-be-filed Motion for Summary Judgment. All four of those depositions were set to take place this week.[1] However, two of those depositions (John Does #5 and 7) were not able to proceed due to exceptional circumstances outside of Miami-Dade County's control.

7. The deposition of John Doe #5 was scheduled for 1 PM on April 3, 2018 and the deposition

---

[1] Miami-Dade County attempted to have the depositions scheduled at an earlier time. However, opposing counsel advised that Miami-Dade County's proposed dates were not available. Miami-Dade County then set the depositions for this week to accommodate opposing counsel and the plaintiffs' availability.

of John Doe #7 was scheduled for 1 PM on April 6, 2018.

8. At approximately 1 PM on April 3, 2018 after the deposition of John Doe #4, undersigned counsel was advised by opposing counsel that John Doe #5 had to be admitted to the hospital earlier that morning and was still at the hospital at the time of the deposition. Based upon representations by opposing counsel, John Doe #5's present health condition and diagnosis would not allow for a deposition to be conducted that day or for at least one week due to his recovery needs and the contagious nature of his condition. Accordingly, John Doe #5's unavailability for the deposition was noted on the record by the court reporter, specific information pertaining to the reason his unavailability was proffered, and opposing counsel represented that they would furnish proof of John Doe #5's hospital admission as soon as practicable.[2] In addition, opposing counsel advised undersigned counsel today that they did not have an update as to John Doe #5's status.

9. The following day (April 4, 2018), Miami-Dade County proceeded with the scheduled deposition of John Doe #6 at 10 AM. At the end of that deposition, opposing counsel advised undersigned counsel that John Doe #7—whose deposition was scheduled for April 6, 2018—had been arrested the previous day and was currently housed at the Turner Gilford Knight Correctional Center. At the time of this filing, undersigned counsel checked Miami-Dade County's Inmate Profile System, and John Doe #7 remains in custody at the Turner Gilford Knight Correctional Center. According to subsequent discussions with opposing counsel, John Doe #7's arraignment is scheduled for April 24, 2018.

10. Due to these events, Miami-Dade County asks that it be provided with a three-week extension of time to file a Motion for Summary Judgment. Miami-Dade County believes that a three-week extension will provide sufficient time to reschedule John Doe #5's deposition and make necessary arrangements to either depose John Doe #7 after his arraignment or seek the necessary leave of court pursuant to Fed. R. Civ. P. 30(a)(2)(B) to take the deposition from prison.

11. Miami-Dade County brings this motion in good faith at the earliest practical date and not for purposes of delay

12. Undersigned counsel has spoken to opposing counsel, and they do not oppose the requested extension of time.

13. A proposed order granting this motion is attached.

---

[2] A copy of this transcript was ordered and can be provided to the Court if needed.

Dated: April 6, 2018

        Respectfully submitted,

        ABIGAIL PRICE-WILLIAMS
        Miami Dade County Attorney
        Stephen P. Clark Center
        111 N.W. 1st Street, Suite 2810
        Miami, Florida 33128

        By: */s/ Michael B. Valdes*
        Michael B. Valdes
        Assistant County Attorney
        Florida Bar No. 93129
        Phone: (305) 375-5151
        Fax:    (305) 375-5634
        E-Mail: mbv@miamidade.gov

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served on April 6, 2018 on all counsel or parties of record in the manner indicated on the Service List below.

/s/ *Michael B. Valdes*

Assistant County Attorney

## Service List

### Counsel for Plaintiffs

Daniel B. Tilley and Nancy Abudu
ACLUE Foundation of Florida
4500 Biscayne Boulevard, Suite 340
Miami, FL 33137
Telephone: (786) 363-2714
Fax: (786) 363-1257
E-mail: dtilley@aclufl.org; nabudu@aclufl.org

Brandon J. Buskey and Ezekiel Edwards
American Civil Liberties Union Foundation
Criminal Law Reform Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 284-7364
Fax: (212) 549-2654
E-mail: bbuskey@aclu.org; eedwards@aclu.org

Jeffrey M. Hearne and Daniel R. Quintian
Legal Services of Greater Miami, Inc.
4343 W. Flagler Street, Suite 100
Miami, Florida 33134
Telephone: (305) 576-0080
Fax: (305) 573-5800
Email: jhearne@legalservicesmiami.org;
      drowinsky@legalservicesmiami.org

Valerie Jonas
Weitzner & Jonas, P.A.
1444 Biscayne Blvd., Suite 207
Miami, FL 33132
valeriejonas77@gmail.com

*Electronic Service*

### Counsel for Miami-Dade County

Michael B. Valdes and Oren Rosenthal
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5151
Fax: (305) 375-5634
Email: mbv@miamidade.gov;
      orosent@miamidade.gov

*No service necessary*

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 14-23933-CIV-HUCK/MCALILEY

**JOHN DOE #4**, et al.,

    Plaintiffs,

v.

**MIAMI-DADE COUNTY,**

    Defendants.

_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

**THIS CAUSE** is before the Court upon Defendant Miami Dade County's Motion for Extension of Time to File Motion for Summary Judgment, filed April 6, 2018. The Court, having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that Defendant's Motion for Extension of Time to File Motion for Summary Judgment is **GRANTED**. Defendant Miami-Dade County shall have until May 2, 2018 to file its Motion for Summary Judgment.

**DONE and ORDERED** in Chambers at Miami, Florida, this ____ day of _____, 2018.

_____
THE HONORABLE PAUL C. HUCK
UNITED STATES DISTRICT JUDGE