UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:14-cv-23933-PCH

JOHN DOE #4, JOHN DOE #5,
JOHN DOE #6, and JOHN DOE #7,

    Plaintiffs,

v.

MIAMI-DADE COUNTY, FLORIDA,

    Defendant.
_____/

### ORDER RE-SETTING TRIAL AND CALENDAR CALL

This cause is before the Court upon the Unopposed Motion for Extension of Time to File Motion for Summary Judgment, filed April 6, 2018 ("Motion") [D.E. 103]. The Motion to extend the deadline for filing summary judgment is itself reasonable and based on justifiable cause, however, if the Motion is granted, there will be insufficient time for the parties to complete briefing on the summary judgment motion and for the court to resolve the summary judgment motion before the currently scheduled June 25, 2018 trial date. Therefore, the Court will *sua sponte* continue trial to October 22, 2018.

Counsel for the Plaintiffs and the Defendants are advised that the trial in the above styled cause is re-set for the two-week period beginning **Monday, October 22, 2018 at 9:00 a.m. Calendar Call will be Wednesday, October 17, 2018 at 9:00 a.m.** before the Honorable Paul C. Huck, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 2, Miami, Florida.

The timetable for pretrial procedures remains the same as described in the Court's Trial Order [Doc. No. 84], and should be based on the new trial date. The new trial date should provide

sufficient time to resolve all scheduling concerns related to the motion for summary judgment. No further extensions will be granted absent exceptional circumstances.

DONE AND ORDERED in Chambers, Miami, Florida, April 9, 2018.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of record