UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:14-cv-23933-PCH

JOHN DOE #4, JOHN DOE #5,
JOHN DOE #6, and JOHN DOE #7,

    Plaintiffs,

v.

MIAMI-DADE COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO EXPAND THE NUMBER OF INTERROGATORIES

THIS CAUSE is before the Court upon Plaintiff's Motion for Leave to Expand the Number of Interrogatories, filed July 12, 2018 [D.E. 112] ("Motion"). A telephonic hearing on the Motion will be held on Thursday, July 19, 2018 at 9:30 a.m. before the Honorable Paul C. Huck, United States District Judge, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

FURTHER, at least 24 hours prior to the hearing, Plaintiffs shall file the 24 interrogatories that have already been served, as well as the six proposed interrogatories, with the Court.

The parties are instructed to take the following steps shortly *before* the scheduled conference time so that the conference may begin promptly:

1. Call the Toll-Free Number: 1-888-684-8852.

2. Enter the access code, 4825076, followed by the # sign.

3. Enter the security code, 332010468, followed by the # sign.

4. State your name and enter the conference.

For technical assistance, please call 800-526-2655.

DONE AND ORDERED in Chambers, Miami, Florida, July 13, 2018.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of record