UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:14-cv-23933-PCH

JOHN DOE #4, JOHN DOE #5,
JOHN DOE #6, and JOHN DOE #7,

    Plaintiffs,

v.

MIAMI-DADE COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER SETTING HEARING

This matter is before the Court after a telephonic status conference regarding the Court's efficient ruling on the issues raised in Miami-Dade County's Motion for Summary Judgment [D.E. 122], held on September 13, 2018. At the hearing, it was determined that the Court would aim to resolve the issues raised in the Motion for Summary Judgment at a bench trial. Thus, per the discussion at the telephonic conference, the Court hereby sets a hearing to discuss the bench trial's format and issues to be resolved. Therefore, it is

**ORDERED AND ADJUDGED** that a hearing on Miami-Dade County's Motion for Summary Judgment [D.E. No. 122] and the upcoming bench trial will be held on **Friday, September 21, 2018, at 9:30 a.m.** before the Honorable Paul C. Huck, United States District Judge, 400 North Miami Avenue, 13th Floor, Room 13-2, Miami, Florida 33128.

Counsel from out of town may call into the hearing instead of appearing in person. **Counsel is instructed to take the following steps shortly *before* the scheduled conference time so that the telephonic conference may begin promptly**:

    1.    **Call the Toll-Free Number: 1-888-684-8852**.

    2.    **Enter the access code, 4825076, followed by the # sign**.

    3.    **Enter the security code, 332010468, followed by the # sign**.

    4.    **State your name and enter the conference**.

For technical assistance, please call 800-526-2655.

**DONE and ORDERED** in Chambers, in Miami, Florida, on September 13, 2018.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
All counsel of record.