# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

John Doe #4, et al.,

    Plaintiffs,

v.

Miami-Dade County, Florida,

    Defendant.

Case No.: 14-cv-23933-Huck/McAliley

_____

## Parties' Separate Schedules of Trial Exhibits

The parties submit the following separate schedules of trial exhibits pursuant to the relevant scheduling order, ECF No. 84 at 1, and Local Rule 16.1(e)(9), which requires the following:

> Each party's numbered list of trial exhibits, other than impeachment exhibits, with objections, if any, to each exhibit, including the basis of all objections to each document, electronically stored information and thing. The list of exhibits shall be on separate schedules attached to the stipulation, should identify those which the party expects to offer and those which the party may offer if the need arises, and should identify concisely the basis for objection. In noting the basis for objections, the following codes should be used: A–Authenticity I–Contains inadmissible matter (mentions insurance, prior conviction, etc.) R–Relevancy H–Hearsay UP–Unduly prejudicial-probative value outweighed by undue prejudice P–Privileged Counsel may agree on any other abbreviations for objections, and shall identify such codes in the exhibit listing them.

Plaintiffs' schedule of trial exhibits is as follows:

| Ex. No. | Document | Expects to offer | Offered if need arises | Objection code | Basis for Objection |
|---|---|---|---|---|---|
| 1 | Expert Report – Pedro Greer | x | | | |
| 2 | Expert Report – Andrew J.R. Harris | x | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3 | Expert Rebuttal – Andrew J.R. Harris rebuttal to Richard McCleary | x | | | |
| 4 | Expert Report – Jill S. Levenson | x | | | |
| 5 | Expert Rebuttal – Jill S. Levenson rebuttal to Richard McCleary | x | | | |
| 6 | Final Amended Report – Kelly M. Socia | x | | | |
| 7 | Expert Rebuttal – Kelly M. Socia | x | | | |
| 8 | Declaration of Robert Berman | x | | | |
| 9 | Declaration of Rosa Noriega | x | | | |
| 10 | Deposition of Paul Imbrone with Exhibits | x | | | |
| 11 | Deposition of Victoria Mallette with Exhibits | x | | | |
| 12 | Deposition of Luis Poveda with Exhibits | x | | | |
| 13 | Deposition of Manual Sarria with Exhibits | x | | | |
| 14 | Liptak, Adam, "Did the Supreme Court Base a Ruling on a Myth", *New York Times,* March 6, 2017 | x | | | |
| 15 | Ellman, Ira Mark and Ellman, Tara, 'Frightening and High': The Supreme Court's Crucial Mistake About Sex Crime Statistics (September 16, 2015). Published at 30 Constitutional Commentary 495 (2015). | x | | | |
| 17 | Selected emails between Luis Poveda and Victoria Mallette | x | | | |
| 18 | Transcript of 11/15/2005 County Commission Hearing | x | | | |
| 19 | Deposition of Ron Book with exhibits | x | | | |
| 20 | Deposition of Richard McCleary with exhibits | x | | | |
| 21 | Miami Dade County's Response to Plaintiffs' First Set of Interrogatories | x | | | |
| 22 | Emails between Robert Berman and Victoria Mallette dated January 2, 2018 | x | | | |
| 23 | Email chain between Robert Berman and Victoria Mallette | x | | | |

| | | | | | |
|---|---|---|---|---|---|
| | dated September 21, 2017, through September 1, 2017. | | | | |
| 24 | Email chain from Victoria Mallette to Citrus Staff dated October 24, 2017, and October 10, 2017. | x | | | |
| 25 | Five photographs of the area where John Doe #4 Resides | x | | | |
| 26 | Four photographs of the area where John Doe #5 Resides | x | | | |
| 27 | Three photographs of the area where John Doe #6 Resides | x | | | |
| 28 | Skipp, Catharine, "A Law for the Sex Offenders Under a Miami Bridge," *Time*, February 1, 2010 | x | | | |
| 29 | Skipp, Catharine, "The Lobbyist Who Put Sex Offenders Under a Bridge," *Newsweek*, July 24, 2009 | x | | | |
| 30 | Florida Department of Health Memo from Samir Elmir dated January 19, 2018 | x | | | |
| 31 | Jeffery T. Walker, *Eliminate Residency Restrictions for Sex Offenders*, 6 Criminology & Public Policy 4 (2007) | x | | | |

Defendant's schedule of trial exhibits is as follows:

| Ex. No. | Document | Expects to offer | Offered if need arises | Objection | Basis for Objection |
|---|---|---|---|---|---|
| A | Miami-Dade County Ordinance No. 05-206 | x | | | |
| B | Lawrence Greenfield, *Sex Offenses and Offenders: An Analysis of Data on Rape and Sexual Assault,* BUREAU OF JUSTICE STATISTICS (1997) | x | | | |
| C | Howard N. Snyder, *Sexual Assault of Young Children as Reported to Law Enforcement: Victim, Incident, and Offender Characteristics*, BUREAU OF JUSTICE STATISTICS (2000) | x | | | |

3

| | | | | | |
|---|---|---|---|---|---|
| D | Rachel E. Morgan & Grace Kena, *Criminal Victimization, 2016*, BUREAU OF JUSTICE STATISTICS (2017) | x | | | |
| E | Dean G. Kilpatrick et al., *Youth Victimization: Prevalence and Implications*, NATIONAL INSTITUTE OF JUSTICE (2003) | x | | | |
| F | Gene Abel et al., *Self-Reported Sex Crimes of Nonincarcerated Paraphiliacs*, 2 JOURNAL OF INTERPERSONAL VIOLENCE 3 (1987) | x | | | |
| G | Allen J. Beck, *Recidivism of Prisoners Released in 1983*, BUREAU OF JUSTICE STATISTICS (1990) | x | | | |
| H | Robert A. Prentky et al., *Recidivism Rates Among Child Molesters and Rapists: A Methodological Analysis*, 21 LAW AND HUMAN BEHAVIOR 635 (1997) | x | | | |
| I | Robert A. Prentky et al., *Child Sexual Molestation: Research Issues*, NATIONAL INSTITUTE OF JUSTICE (1997) | x | | | |
| J | Tim Bynum et al., *Recidivism of Sex Offenders*, CENTER FOR SEX OFFENDER MANAGEMENT (2001) | x | | | |
| K | Ron Langevin et al., *Lifetime Sex Offender Recidivism: A 25-Year Follow-Up Study*, 46 CANADIAN JOURNAL OF CRIMINOLOGY AND CRIMINAL JUSTICE 531 (2004) | x | | | |
| L | Jeffrey T. Walker et al., *The Geographic Link Between Sex Offenders and Potential Victims: A Routine Activities Approach*, 3 JUSTICE RESEARCH AND POLICY 15 (2001) | x | | | |
| M | Amy D. Page et al., *North Carolina Sexual Offender Legislation: Policy Placebo?*, | x | | | |

4

| | | | | | |
|---|---|---|---|---|---|
| | 51 JOURNAL OF OFFENDER REHABILITATION 115 (2012) | | | | |
| N | Miami-Dade County Public Schools, *Transportation Handbook for School Staff* (2015) | x | | | |
| O | Miami-Dade County Resolution No. R-13-17 | x | | | |
| P | Miami-Dade Transportation Planning Organization, *2017 Safe Routes to School Infrastructure Plans* | x | | | |
| Q | Miami-Dade Transportation Planning Organization, *Safe Routes to School 2014 Infrastructure Plans* | x | | | |
| R | Miami-Dade Transportation Planning Organization, *Safe Routes to School Infrastructure Plans 2015* | x | | | |
| S | Miami-Dade Police Sexual Crimes Bureau, Report (Aug 26, 2008) | x | | | |
| T | Miami-Dade County Ordinance No. 10-01 | x | | | |
| U | Declaration of Joshua Brashears | x | | | |
| V | U.S. Census Bureau, General Housing Characteristics: 2010 – Miami-Dade County | x | | | |
| W | Deposition of Dr. Andrew Harris with exhibits | x | | | |
| X | Expert Report of Dr. Richard McCleary | x | | | |
| Y | Deposition of Dr. Jill Levenson with exhibits | x | | | |
| Z | Deposition of Dr. Kelly Socia with exhibits | x | | | |
| AA | Deposition of Dr. Pedro Greer with exhibits | x | | | |
| BB | Cheryl Milloy, *Six-Year Follow-Up of Released Sex Offenders Recommended for Commitment Under Washington's Sexually Violent Predator Law, Where No Petition was Filed*, | x | | | |

|    |                                                                                                                                                |   |   |   |   |
|----|------------------------------------------------------------------------------------------------------------------------------------------------|---|---|---|---|
|    | WASHINGTON STATE INSTITUTE FOR PUBLIC POLICY (2003)                                                                                            |   |   |   |   |
| CC | E-mail from Ada Martinez to Victoria Mallette dated March 8, 2018                                                                              | x |   |   |   |
| DD | HAND Spreadsheet (Unredacted)                                                                                                                  | x |   |   |   |
| EE | Rodriguez, Rene, "Miami is still the worst city for renters in the U.S. for the second year in a row," *Miami Herald* (Sept. 25, 2018)          | x |   |   |   |
| FF | FDLE Sexual Offender and Predator Search, https://offender.fdle.state.fl.us/offender/sops/search.jsf                                           | x |   |   |   |
| GG | Miami-Dade County School & Daycare Buffer, https://gisweb.miamidade.gov/schooldaycarebuffer/                                                    | x |   |   |   |
| HH | Miami-Dade Sexual Offenders/Predators Residence Search, https://gisweb.miamidade.gov/SEOPBuffer/                                                | x |   |   |   |
| II | Transcript of June 21, 2005 Meeting of Miami-Dade County Board of County Commissioners                                                         | x |   |   |   |
| JJ | Audio Recording of June 21, 2005 Meeting of Miami-Dade County Board of County Commissioners                                                    | x |   |   |   |
| KK | Transcript of Aug. 17, 2005 Meeting of Miami-Dade County Community Outreach, Safety & Healthcare Administration Committee                      | x |   |   |   |
| LL | Video Recording of Aug. 17, 2005 Meeting of Miami-Dade County Community Outreach, Safety & Healthcare Administration Committee                 | x |   |   |   |
| MM | Transcript of Nov. 15, 2005 Meeting of Miami-Dade County                                                                                       | x |   |   |   |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Board of County Commissioners |  |  |  |  |
| NN | Audio Recording of Nov. 15, 2005 Meeting of Miami-Dade County Board of County Commissioners | x |  |  |  |
| OO | Transcript of December 10, 2009 Meeting of Miami-Dade County Health, Public Safety & Intergovernmental Committee | x |  |  |  |
| PP | Video Recording of December 10, 2009 Meeting of Miami-Dade County Health, Public Safety & Intergovernmental Committee | x |  |  |  |
| QQ | Transcript of Jan. 21, 2010 Meeting of Miami-Dade County Board of County Commissioners | x |  |  |  |
| RR | Video Recording of Jan. 21, 2010 Meeting of Miami-Dade County Board of County Commissioners | x |  |  |  |
|  | **SEALED EXHIBITS BELOW** |  |  |  |  |
| SS | **SEALED**: Deposition of Doe #6 with exhibits | x |  |  |  |
| TT | **SEALED**: Deposition of Ernesto Miranda | x |  |  |  |
| WW | **SEALED**: Doe #4 1993 judgment | x |  |  |  |
| XX | **SEALED**: Deposition of Doe #4 with exhibits | x |  |  |  |
| YY | **SEALED**: Doe #4 1994 probation violation | x |  |  |  |
| ZZ | **SEALED**: Deposition of Doe #5 with exhibits | x |  |  |  |
| AAA | **SEALED**: Doe #5 judgment | x |  |  |  |
| BBB | **SEALED**: Doe #5 probation order | x |  |  |  |
| CCC | **SEALED**: Doe #5 registration violation | x |  |  |  |
| DDD | **SEALED**: Doe #6 judgment | x |  |  |  |
| EEE | **SEALED**: Doe #6 arrest affidavit | x |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| FFF | **SEALED**: Deposition of Doe #7 | x | | | |
| GGG | **SEALED**: Doe #7 charging documents | x | | | . |
| HHH | **SEALED**: Depositions of two minors | x | | H, R | John Doe #7 does not dispute he was convicted and is a covered person. The depositions of the victims are not relevant to an ex post fact analysis. |
| III | **SEALED**: Deposition of Shawn Skinner | x | | | |

8