**United States District Court**
**Southern District of Florida**
**Case No. 14-23933-Civ-Huck/McAliley**

| | |
|---|---|
| **John Doe #4**, et al.,<br>    Plaintiffs,<br><br>v.<br><br>**Miami-Dade County,**<br>    Defendants. | |

**Defendant's Unopposed Motion to Bring**
**Electronic Equipment into Courthouse for Use at Trial**

Defendant, Miami-Dade County, by and through undersigned counsel, respectfully requests that the Court enter an Order authorizing the Defendant's staff and outside vendor to be able to bring any and all electronic equipment including laptop computers, computer monitors, cell phones, presentation projectors, and all miscellaneous video, data, power cables and cords necessary to operate all equipment into the courthouse and courtroom during the one-week trial period scheduled to commence on October 22, 2018. The Defendant also requests their legal assistants be permitted to bring cell phones into the courthouse to assist in coordinating testimony of witnesses and other logistical matters. A proposed order is attached hereto. This motion is unopposed.

Dated: October 18, 2018     Respectfully submitted,

                                                        ABIGAIL PRICE-WILLIAMS
                                                        Miami Dade County Attorney
                                                         Stephen P. Clark Center
                                                         111 N.W. 1st Street, Suite 2810
                                                         Miami, Florida 33128

                                                         By: /s/ *Michael B. Valdes*
                                                         Michael B. Valdes, Assistant County Attorney
                                                         Florida Bar No. 93129
                                                         Phone: (305) 375-5151
                                                         Fax:    (305) 375-5634
                                                         E-Mail: mbv@miamidade.gov

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served on October 18, 2018 on all counsel or parties of record in the manner indicated on the Service List below.

*/s/ Michael B. Valdes*
Assistant County Attorney

### Service List

| **Counsel for Plaintiffs** | **Counsel for Miami-Dade County** |
|---|---|
| Daniel B. Tilley and Nancy Abudu<br>ACLUE Foundation of Florida<br>4500 Biscayne Boulevard, Suite 340<br>Miami, FL 33137<br>Telephone: (786) 363-2714<br>Fax: (786) 363-1257<br>E-mail: dtilley@aclufl.org;<br>nabudu@aclufl.org<br><br>Brandon J. Buskey and Ezekiel Edwards<br>American Civil Liberties Union Foundation<br>Criminal Law Reform Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Telephone: (212) 284-7364<br>Fax: (212) 549-2654<br>E-mail: bbuskey@aclu.org;<br>eedwards@aclu.org<br><br>Jeffrey M. Hearne and Daniel R. Quintian<br>Legal Services of Greater Miami, Inc.<br>4343 W. Flagler Street, Suite 100<br>Miami, Florida 33134<br>Telephone: (305) 576-0080<br>Fax: (305) 573-5800<br>Email: jhearne@legalservicesmiami.org;<br>drowinsky@legalservicesmiami.org<br><br>Valerie Jonas<br>Weitzner & Jonas, P.A.<br>1444 Biscayne Blvd., Suite 207<br>Miami, FL 33132<br>E-mail: valeriejonas77@gmail.com<br>*Electronic Service* | Michael B. Valdes and Bernard Pastor<br>Assistant County Attorney<br>Miami-Dade County Attorney's Office<br>111 N.W. 1st Street, Suite 2810<br>Miami, Florida 33128<br>Telephone: (305) 375-5151<br>Fax: (305) 375-5634<br>Email: mbv@miamidade.gov;<br>pastor@miamidade.gov<br><br>*No service necessary* |

United States District Court
Southern District of Florida
Case No. 14-23933-Civ-Huck/McAliley

**John Doe #4**, et al.,
    Plaintiffs,

v.

**Miami-Dade County,**
    Defendants.

## Order Granting Motion to Bring
## Electronic Equipment into Courthouse for Use at Trial

THIS CAUSE having come before the Court upon the Defendant, Miami-Dade County's Unopposed Motion For Authorization To Bring Electronic Equipment Into Courthouse For Use At Trial, (the "Motion"), and the Court being fully advised in the premises, it is hereby;

**ORDERED AND ADJUDGED** as follows:

1. The Motion is hereby GRANTED.

2. Defendant's counsel and counsel's staff shall have permission to bring any and all electronic equipment including laptop computers, computer monitors, cell phones, presentation projectors, and all miscellaneous video, data, power cables and cords necessary to operate all equipment into the courthouse and courtroom during the trial in the above-captioned matter, which commences on **October 22, 2018**, and for the duration thereof.

3. Defendant's counsel's staff are Doris Mora, Lagarria Richardson, Kathleen Walsh, Mauricio Perez, Luis Arvelo, and Ronald Smith.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this _____ day of October, 2018.

_____
THE HONORABLE PAUL C. HUCK
UNITED STATES DISTRICT COURT