IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| John Doe #4, et al. | |
| Plaintiffs, | Case No.: 14-cv-23933-Huck/McAliley |
| v. | |
| Miami-Dade County, Florida | |
| Defendant. | |

_____

## Plaintiffs' Notice of Filing Trial Exhibits

Pursuant to Local Rule 5.3(b)(2), Plaintiffs file the following exhibits that were admitted into evidence at trial:

1. Final Amended Report – Kelly M. Socia

2. Expert Rebuttal – Kelly M. Socia

3. Expert Rebuttal – Andrew J.R. Harris rebuttal to Richard McCleary

4. Expert Report – Jill S. Levenson

5. Expert Rebuttal – Jill S. Levenson rebuttal to Richard McCleary

6. Expert Report – Pedro Greer

7. Expert Report – Andrew J.R. Harris

8. Declaration of Robert Berman (previously filed at ECF 136-8)

9. Declaration of Rosa Noriega (previously filed at ECF 136-9)

10. [omitted]

11. [omitted]

12. [omitted]

13. [omitted]

14. Liptak, Adam, "Did the Supreme Court Base a Ruling on a Myth," New York Times, March 6, 2017

15. Ellman, Ira Mark and Ellman, Tara, "Frightening and High": The Supreme Court's Crucial Mistake About Sex Crime Statistics (September 16, 2015), published at 30 Constitutional Commentary 495 (2015) (previously filed at ECF 136-15)

16. Three (3) photographs of the area where John Doe #7 resides

17. Selected emails between Luis Poveda and Victoria Mallette (previously filed at ECF 136-17)

18. Transcript of 11/15/2005 County Commission Hearing

19. [omitted]

20. [omitted]

21. Miami-Dade County's Response to Plaintiffs' First Set of Interrogatories

22. Emails between Robert Berman and Victoria Mallette dated January 2, 2018

23. Email chain between Robert Berman and Victoria Mallette dated September 21, 2017 through September 1, 2017

24. Email chain from Victoria Mallette to Citrus Staff dated October 24, 2017 and October 10, 2017

25. Five (5) photographs of the area where John Doe #4 resides

26. Four (4) photographs of the area where John Doe #5 resides

27. Three (3) photographs of the area where John Doe #6 resides

28. Skipp, Catharine, "A Law for the Sex Offenders Under a Miami Bridge," Time, February 1, 2010.

29. Skipp, Catharine, "The Lobbyist Who Put Sex Offenders Under a Bridge," Newsweek, July 24, 2009.

30. Florida Department of Health Memo from Samir Elmir dated January 19, 2018

31. Jeffery T. Walker, Eliminate Residency Restrictions for Sex Offenders, 6 Criminology & Public Policy 4 (2007)

32. Miami-Dade County Transit System Map, August 2018

33. FDLE Map – 3600 NW 37th Avenue, Miami

34. FDLE Map – 7821 Carlyle Avenue, Miami Beach

35. Ron Book – Financial Report[1]

Respectfully submitted,

**/s/ Daniel B. Tilley**

Daniel B. Tilley
Florida Bar No. 102882
Nancy Abudu
Florida Bar No. 111881
ACLU Foundation of Florida
4343 W. Flagler St., Ste. 400
Miami, FL 33134
T: 786-363-2714
F: 786-363-1257
dtilley@aclufl.org
nabudu@aclufl.org

Jeffrey M. Hearne
Florida Bar No. 512060
Daniel Rowinsky Quintian

Brandon J. Buskey* (ASB2753A50B)
Ezekiel Edwards*
American Civil Liberties Union Foundation
Criminal Law Reform Project
125 Broad Street, 18th Floor
New York, NY 10004
T: 212-284-7364
F: 212-549-2654
bbuskey@aclu.org
eedwards@aclu.org

*Admitted pro hac vice

---

[1] At the conclusion of trial, the Court ultimately accepted Plaintiff's proffer concerning this exhibit. Additionally, the County had previously stipulated to its admission in the pretrial stipulation.

Florida Bar No. 105525
Legal Services of Greater Miami, Inc.
4343 W. Flagler St., Ste. 100
Miami, Florida 33134
T: 305-576-0080
F: 305-573-5800
jhearne@legalservicesmiami.org
drowinsky@legalservicesmiami.org
Attorneys for John Doe #4 and John Doe #5

**Certificate of Service:**  I hereby certify that this document was served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or some other authorized manner for those counsel not receiving Notices of Electronic Filing.

**/s/ Daniel B. Tilley**
Daniel B. Tilley