**United States District Court**
**Southern District of Florida**
**Case No. 14-23933-Civ-Huck/McAliley**

**John Doe #4**, et al.,

    Plaintiffs,

v.

**Miami-Dade County,**

    Defendants.

**Miami-Dade County's Notice of Filing Trial Exhibits**

Pursuant to Local Rule 5.3(b)(2), Defendant Miami-Dade County files the following exhibits that were admitted into evidence at trial:

| Ex. | Description | Dkt Entry |
|---|---|---|
| A | Miami-Dade Police Department-Miami Herald Insert (Aug. 2006) Re: Doe #5 [1 page] | DE 173-1 |
| B | MDPD Offense Incident Report PD061031561803 Re: Doe #5 [3 pages] | DE 173-2 |
| C | (Withdrawn) | N/A |
| D | FDLE Sex Predator/Offender Registration Form (Jan. 22, 2006) Re: Doe #6 [4 pages] | DE 173-3 |
| E | Composite of FDLE Printout Information Re: Doe #6 [3 pages] | DE 173-4 |
| F | Deposition of John Doe #6 with Exhibits | DE 173-5 |
| G | FDOC Affidavit Violation of Probation (Oct. 19, 2004) Re: Doe #5 [1 page] | DE 173-6 |
| H | FDOC Violation Report (Oct. 19, 2004) Re: Doe #5 [2 pages] | DE 173-7 |
| I | Probation Warrant (Oct. 28, 2004) Re: Doe #5 [2 pages] | DE 173-8 |
| J | FDOC Amended Affidavit Violation of Probation (Dec. 1, 2004) Re: Doe #5 [2 pages] | DE 173-9 |
| K | FDOC Amended Violation Report (Dec. 1, 2004) Re: Doe #5 [3 pages] | DE 173-10 |
| L | FDOC Second Amended Affidavit Violation of Probation (Dec. 7, 2006) Re: Doe #5 [1 page] | DE 173-11 |
| M | FDOC Second Amended Violation Report (Dec. 7, 2006) Re: Doe #5 [3 pages] | DE 173-12 |
| N | (Omitted) | N/A |
| O | Judgment and Sentence in Case No. F06-036668 (Composite) Re: Doe #5 [6 pages] | DE 173-13 |

| | | |
|---|---|---|
| P | Composite of Handwritten Arithmetic and Chart of Housing Re: Socia Cross Examination [2 pgs] | DE 173-14 |
| Q | Listing of DOR Codes [6 pages] | DE 173-15 |
| R | Miami Herald, "Miami Named Worst City for Renters in the U.S." (Sept. 25, 2018) [5 pgs] | DE 173-16 |
| S | Socia, The Efficacy of County-Level Sex Offender Residence Restrictions in New York (2012) | DE 173-17 |
| T | DSM-5 Excerpt | DE 173-18 |
| U | Walker, "The Geographic Link Between Sex Offenders and Potential Victims" (2001) | DE 173-19 |
| V | List shown to Robert Berman | DE 173-20 |
| W | Email from A. Martinez to V. Mallette (March 8, 2018) [2 pgs] | DE 173-21 |
| X | Declaration of R. Karl Hanson, Case No. 12-05713-TEH (N.D. Ca. Nov. 7, 2012) | DE 173-22 |
| Y | Excerpt from Hanson, Recidivism and Age (2002) - p. 1047 | DE 173-23 |
| Z | (Omitted) | N/A |
| AA | Expert Report of Dr. Richard McCleary | DE 123-11 |
| BB | Declaration of Joshua Brashears | DE 123-24 |
| CC | Miami-Dade County Ordinance No. 05-206 | DE 123-01 |
| DD | Miami-Dade County Ordinance No. 10-01 | DE 123-23 |
| EE | Transcript of June 21, 2005 Meeting of Miami-Dade County Board of County Commissioners | DE 173-24 |
| FF | Transcript of Aug. 17, 2005 Meeting of Miami-Dade County COSHAC Committee | DE 173-25 |
| GG | Transcript of Nov. 15, 2005 Meeting of Miami-Dade County Board of County Commissioners | DE 173-26 |
| HH | Transcript of Dec. 10, 2009 Meeting of Health, Public Safety & Intergovernmental Committee | DE 173-27 |
| II | Transcript of Jan. 21, 2010 Meeting of Miami-Dade County Board of County Commissioners | DE 173-28 |
| JJ | Miami-Dade County Public Schools, Transportation Handbook for School Staff (2015) | DE 123-17 |
| KK | Miami-Dade County Resolution No. R-13-17 | DE 123-18 |
| LL | Miami-Dade TPO, 2017 Safe Routes to School Infrastructure Plans | DE 123-19 |
| MM | Miami-Dade TPO, Safe Routes to School 2014 Infrastructure Plans | DE 123-20 |
| NN | Miami-Dade TPO, Safe Routes to School Infrastructure Plans 2015 | DE 123-21 |
| OO | Miami-Dade Police Sexual Crimes Bureau, Report (Aug 26, 2008) | DE 123-22 |
| PP | U.S. Census Bureau, General Housing Characteristics: 2010 – Miami-Dade County | DE 123-25 |
| QQ | Greenfield, Sex Offenses and Offenders: An Analysis of Data on Rape and Sexual Assault (1997) | DE 123-02 |
| RR | Snyder, Sexual Assault of Young Children as Reported to Law Enforcement (2000) | DE 123-03 |
| SS | Morgan, Criminal Victimization, 2016 (2017) | DE 123-04 |
| TT | Kilpatrick et al., Youth Victimization: Prevalence and Implications (2003) | DE 123-06 |
| UU | Abel, Self-Reported Sex Crimes of Nonincarcerated Paraphiliacs (1987) | DE 123-07 |

| VV | Beck, Recidivism of Prisoners Released in 1983 (1990) | DE 123-08 |
|---|---|---|
| WW | Prentky, Recidivism Rates Among Child Molesters and Rapists: A Methodological Analysis (1997) | DE 123-09 |
| XX | Prentky, Child Sexual Molestation: Research Issues (1997) | DE 123-10 |
| YY | Bynum et al., Recidivism of Sex Offenders (2001) | DE 123-12 |
| ZZ | Langevin et al., Lifetime Sex Offender Recidivism: A 25-Year Follow-Up Study (2004) | DE 123-13 |
| AAA | Page et al., North Carolina Sexual Offender Legislation: Policy Placebo? (2012) | DE 123-15 |

Dated: November 7, 2018

Respectfully submitted,

ABIGAIL PRICE-WILLIAMS
Miami Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128

By: /s/ *Michael B. Valdes*
Michael B. Valdes
Assistant County Attorney
Florida Bar No. 93129
Phone: (305) 375-5151
Fax:     (305) 375-5634
E-Mail: mbv@miamidade.gov

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served on November 7, 2018 on all counsel or parties of record in the manner indicated on the Service List below.

/s/ Michael B. Valdes
Assistant County Attorney

## Service List

| **Counsel for Plaintiffs** | **Counsel for Miami-Dade County** |
|---|---|
| Daniel B. Tilley and Nancy Abudu<br>ACLUE Foundation of Florida<br>4500 Biscayne Boulevard, Suite 340<br>Miami, FL 33137<br>Telephone: (786) 363-2714<br>Fax: (786) 363-1257<br>E-mail: dtilley@aclufl.org; nabudu@aclufl.org<br><br>Brandon J. Buskey and Ezekiel Edwards<br>American Civil Liberties Union Foundation<br>Criminal Law Reform Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Telephone: (212) 284-7364<br>Fax: (212) 549-2654<br>E-mail: bbuskey@aclu.org; eedwards@aclu.org<br><br>Jeffrey M. Hearne and Daniel R. Quintian<br>Legal Services of Greater Miami, Inc.<br>4343 W. Flagler Street, Suite 100<br>Miami, Florida 33134<br>Telephone: (305) 576-0080<br>Fax: (305) 573-5800<br>Email: jhearne@legalservicesmiami.org;<br>drowinsky@legalservicesmiami.org<br><br>Valerie Jonas<br>Weitzner & Jonas, P.A.<br>1444 Biscayne Blvd., Suite 207<br>Miami, FL 33132<br>E-mail: valeriejonas77@gmail.com<br><br>*Electronic Service* | Michael B. Valdes and Oren Rosenthal<br>Assistant County Attorney<br>Miami-Dade County Attorney's Office<br>111 N.W. 1st Street, Suite 2810<br>Miami, Florida 33128<br>Telephone: (305) 375-5151<br>Fax: (305) 375-5634<br>Email: mbv@miamidade.gov;<br>orosent@miamidade.gov<br><br>*No service necessary* |

**United States District Court**
**Southern District of Florida**
**Case No. 14-23933-Civ-Huck/McAliley**

**John Doe #4**, et al.,

    Plaintiffs,

v.

**Miami-Dade County,**

    Defendants.

**Certificate of Compliance Re: Admitted Evidence**

I, Michael B. Valdes, as counsel for the defendant, Miami-Dade County, hereby certify the following:

Check the applicable sections:

[X]   ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

[ ]   EXHIBITS NOT E-FILED: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

_____
_____

_____
_____

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature:   _/s/ Michael B. Valdes_____   Date:   _11/7/2018_____