# OFFENSE-INCIDENT REPORT
## MIAMI-DADE POLICE DEPARTMENT

**Agency Report Number:** PD061031561803

| | | | | | |
|---|---|---|---|---|---|
| CIRCLE ONE: White, Blue, Pink, Yellow | Gang Related | | Juvenile In Report | Juvenile Warn/Dismiss | 1. Original / 2. Supplement: **1** |

Date of Supplement: 

| Original Day Reported | Date | Time (Mil) | Time Dispatched (Mil) | Time Arrived (Mil) | Time Completed (Mil) |
|---|---|---|---|---|---|
| TUE | 10/31/06 | 1600 | 1600 | 1600 | 1600 |

| Incident Type: 1. Felony  2. Traffic Felony  3. Misdemeanor  4. Traffic  5. Ordinance  9. Other: **2** | Incident: Day From | Date | Time (Mil) | Day To | Date | Time (Mil) |
|---|---|---|---|---|---|---|
| Misdemeanor | TUE | 10/31/06 | 1600 | | | |

| OFFNC #1 | Type: 1 | Description: VIOLATION OF SEX OFFENDER REG | A-Attempted / C-Committed: **C** | Statute Violation Number: 943.0435 | HC/G/UCR Code: 0079 |
|---|---|---|---|---|---|

| OFFNC #2 | | | A-Attempted / C-Committed | | |
|---|---|---|---|---|---|

| Incident Location (Street, Apt. Number) | City | Zip | District | Grid | Area | Zone |
|---|---|---|---|---|---|---|
| 7000 NW 41 ST | MIAMI | 33126 | M | 4009 | 01 | |

| Business Name/Area Identifier | Forced Entry: 0. N/A  1. Yes  2. No | Occupancy: 0. N/A  1. Occupied  2. Unoccupied  3. Abandoned |
|---|---|---|
| TURNER GUILDFORD KNIGHT DETENTION CENTER | 0 | 0 |

**Location Type:**
01. Residence-Single   06. Gas Station        11. Specialty Store          16. Storage              21. Airport              26. Highway/Roadway      99. Other
02. Apartment/Condo    07. Liquor Sales       12. Drug Store/Hospital      17. Gov't/Public Bldg.   22. Bus/Rail Terminal    27. Park/Woodlands/Field
03. Residence-Other    08. Bar/Nightclub      13. Bank/Financial Inst.     18. School/University    23. Construction Site    28. Lake/Waterway
04. Hotel/Motel        09. Supermarket        14. Commercial/Office Bldg.  19. Jail/Prison          24. Other Structure      29. Motor Vehicle          **19**
05. Convenience Store  10. Dept./Discount Store  15. Industrial/Mfg.        20. Religious Bldg.      25. Parking Lot/Garage   30. Other Mobile

| # OFFNC | # Victims | # Offenders | # Prem. Ent. | $ Veh. Stolen | Type Weapon | | Drugs |
|---|---|---|---|---|---|---|---|
| 01 | 01 | 01 | 00 | 00 | | | 00 |

Type Weapon: 00. N/A  01. Handgun  02. Rifle  03. Shotgun  04. Firearm  05. Knife/Cutting Instrument  06. Blunt Object  07. Hands/Fist/Feet  08. Poison  09. Explosives  10. Fire/Incendiary  11. Threat/Intimidation  12. Simulated Weapon  13. Drugs  88. Unknown  99. Other

**CODES:**
V/W Code: V-Victim  W-Witness  C-Reporting Person  P-Proprietor  Z-Other
Victim Type: 0. N/A  1. Juvenile  2. L.E. Officer  3. Adult  4. Business  5. Government  6. Church  9. Other
Race: N-N/A  W-White  B-Black  I-American Indian  O-Oriental/Asian  U-Unknown
Sex: N-N/A  M-Male  F-Female  U-Unknown
Residence Type: 0. N/A  1. City  2. County  3. Florida  4. Out-of-State
Residence Status: 0. N/A  1. Full Year  2. Part Year  3. Non-Resident
Extent of Injury: 0. None  1. Minor  2. Serious  3. Fatal
Injury Type: 00. N/A  01. Gunshot  02. Stabbed  03. Laceration  04. Unconscious  05. Poss. Broken Bones  06. Poss. Internal Injury  07. Loss of Teeth  08. Burns  09. Abrasions/Bruises  99. Other
Victim Relationship To Offender: 00. N/A  01. Undetermined  02. Stranger  03. Spouse  04. Ex-Spouse  05. Co-Habitant  06. Parent  07. Brother/Sister  08. Child  09. Step-Parent  10. Step-Child  11. In-Law  12. Other Family  13. Student  14. Teacher  15. Child of Boy/Girl Friend  16. Boy/Girl Friend  17. Friend  18. Neighbor  19. Sitter/Day Care  20. Employee  21. Employer  22. Landlord/Tenant  23. Acquaintance  99. Other Known

## VICTIM/WITNESS

| OFFNC Indicator 1.#1  2.#2  3.Both | V/W Code | V. Type | Name (Last, First, Middle or Business) | Residence Phone |
|---|---|---|---|---|
| 1 | V | 1  5 | STATE OF FLORIDA | |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| 111 NW 1 ST | MIAMI | FL | 33128 | |

Other Contact Info. (Time Available, Interpreter, etc.): 
Synopsis of Involvement:

| If V/W Code V, W, or P | Race | Sex | Date of Birth or Age | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Ethnicity | Will Victim prefer charges? |
|---|---|---|---|---|---|---|---|---|---|---|
| | N | N | N/A | | | | | | | Yes ○   No ● |

| OFFNC Indicator 1.#1  2.#2  3.Both | V/W Code | V. Type | Name (Last, First, Middle or Business) | Residence Phone |
|---|---|---|---|---|
| | | | | |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| | | | | |

Other Contact Info. (Time Available, Interpreter, etc.):
Synopsis of Involvement:

| If V/W Code V, W, or P | Race | Sex | Date of Birth or Age | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Ethnicity | Will Victim prefer charges? |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Yes ○   No ● |

## SUSPECT

| OFFNC Indicator 1.#1  2.#2  3.Both | Suspect Code: S-Suspect  A-Arrestee  E-Escapee  Z-Other | Juvenile | Name (Last, First, Middle or Business) |
|---|---|---|---|
| 1 | A  1 | | BOATWRIGHT, ROBERT |

| Maiden Name | Nickname/Street Name | Place of Birth | Residence Phone |
|---|---|---|---|
| | | FLORIDA | |

| Last Known Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| UK | MIAMI | FL | | |

| Occupation | Employer/School | Address |
|---|---|---|
| | | |

| Driver's License State/Number | Immigration and Naturalization Number | Other I.D. Number | OBTS Number (Arrested) |
|---|---|---|---|
| [REDACTED] | | | |

| Clothing (Describe) | Scars/Marks/Tattoos (Location/Describe) |
|---|---|
| | |

| Race | Sex | Date of Birth or Age | Height | Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|
| B | M | /60 | 508 | 200 | BRO | BRO | SHORT |

| Complexion | Build | Facial Hair | Teeth | Speech/Voice | Special Identifiers |
|---|---|---|---|---|---|
| DARK | MED | | | | |

**GOVERNMENT EXHIBIT**
CASE NO. 14-23933
EXHIBIT NO. B (2 pages)

## NARRATIVE

SEE NARRATIVE CONT.

## ADMINISTRATIVE

| Person/Unit Notified | Time | Related Report Number(s) |
|---|---|---|
| | | |

| Officer(s) Reporting | ID Number(s)/Locator Code | Unit | Date |
|---|---|---|---|
| DET. R. BAENA | 5275/50 | 3361 | 11/02/06 |

| Officer Reviewing (if Applicable) | ID. Number | Routed To | Referred To | Assigned To | By | Date |
|---|---|---|---|---|---|---|
| SGT. R. IRVINE | 3293 | | SCB | BAENA | 3360 | 11/02/06 |

| Case Status | Clearance Type: 1. Arrest  2. Exceptional  3. Unfounded  4. Open Pend. | A-Adult / J-Juvenile | Date Cleared | Jail Number | Number Arrested |
|---|---|---|---|---|---|
| CLOSED | 1 | A | 10/31/06 | 06-0091131 | 01 |

| Exception Type: 1. Extradition Declined | 2. Arrest on Primary Offense / Secondary Offense Without Prosecution | 3. Death of Offender  4. V/W Refused to Cooperate | 5. Prosecution Declined  6. Juvenile / No Custody | OBTS Number | Page 1 of 3 |
|---|---|---|---|---|---|

32.07.09-1 Rev 2/99  MIAMI-DADE POLICE DEPARTMENT 1565 v1.0

| | | | | | |
|---|---|---|---|---|---|
| Date of Supplement 10/31/06 | | MIAMI-DADE POLICE DEPARTMENT | Agency Number | | PD061031561803 |
| Original Date Reported 10/31/06 | Original Primary Offense Description VIOLATION OF SEX OFFENDER REG. | | Victim #1 Name STATE OF FLORIDA | New Statute Violation Number | Original NCIC/UCR Code |
| Original OFF/INC Location S/A ORIGINAL | Primary Offense Changed To | | A - Attempted C - Committed | | New NCIC/UCR Code |

THE SUBJECT HAVING BEEN CONVICTED OF A QUALIFYING OFFENSE IS A SEXUAL OFFENDER UNDER F.S.S. 943.0435. AS A SEXUAL OFFENDER, HE IS REQUIRED TO REGISTER WITH THE STATE OF FLORIDA AND MAINTAIN AN ACCURATE REGISTRATION OF HIS PERMANENT AND TEMPORARY ADDRESS IN THE STATE OF FLORIDA WITH BOTH THE FDLE AND THE DHSMV. THE SUBJECT FAILED TO MAINTAIN AN ACCURATE ADDRESS WITH BOTH.

THE SUBJECT IS ALSO REQUIRED TO RE-REGISTER WITH THE STATE OF FLORIDA DURING THE MONTH OF MAY AS MANDATED BY THE JESSICA LUNSFORD ACT UNDER F.S.S. 943.0435 BI-ANNUAL SEX OFFENDER RE-REGISTRATION. AS OF THIS DATE THE SUBJECT FAILED TO COMPLETE THE RE-REGISTRATION PROCESS.

ON 06/15/06, DET. K. LUECK, ID #3890, RESPONDED TO THE SUBJECT'S DOCUMENTED PLACE OR RESIDENCY AS INDICATED ON HIS FLORIDA IDENTIFICATION CARD ( [REDACTED] ), 2100 NW 98 ST., MIAMI, FL. 33147. THE PROPERTY OWNER, VIVIAN WILLIS, INFORMED DET. LUECK THAT THE SUBJECT HAS NOT LIVED AT THIS ADDRESS SINCE SOMETIME IN 2000 AND SIGNED A SEXUAL PREDATOR / SEXUAL OFFENDER ADDRESS VERIFICATION AFFIDAVIT FORM.

ON 10/24/06, THE SUBJECT WAS ARRESTED ON A PROBATION WARRANT (F9303319) ISSUED ON 10/28/04.

ON 11/02/06, I MADE TELEPHONE CONTACT WITH THE SUBJECT'S PROBATION OFFICER, TERRY NELSON-HICKS, OFFICE NUMBER: 305-628-6805. SHE STATED BECAUSE IT IS A 1993 CASE, SHE DID NOT HAVE THE SUBJECT'S PLEA AGREEMENT OR OTHER DOCUMENTS IN HER FILES. MS. NELSON-HICKS STATED THE STATE ATTORNEY'S OFFICE SHOULD HAVE THE SUBJECT'S RECORDS IN THE COURT'S FILES.

ANY ADDITIONAL INVESTIGATIVE INFORMATION WILL BE SUBMITTED ON A

| Officer(s) Reporting | ID. Number(s)/Locator Code | Unit | Date |
|---|---|---|---|
| DET. R. BAENA | 5275/50 | 3361 | 10/31/0 |
| Officer Reviewing (if Applicable) SGT. R. IRVINE | ID. Number 3293 | Routed To | Referred To SCB | Assigned To BAENA | By 3360 | Date 10/31 |

| Case Status CLOSED | Clearance Type 1 | A - Adult J - Juvenile | Date Cleared 10/31/06 | Jail Number | Number Arrested 01 |
|---|---|---|---|---|---|

| Exception Type 1. Extradition Declined | | | OBTS Number | Page 2 of 3 |

## MIAMI-DADE POLICE DEPARTMENT

**NARRATIVE CONTINUATION**

Agency Report Number: **PD061031561803**

| | |
|---|---|
| Date of Supplement | 10/31/06 |
| Original Date Reported | 10/31/06 |
| Original Primary Offense Description | VIOLATION OF SEX OFFENDER REG. |
| Victim #1 Name | STATE OF FLORIDA |
| Original OFF/INC Location | S/A ORIGINAL |

CASE DISPOSITION: CLOSED BY ARREST.

APF: SCHEDULED FOR WEDNESDAY, 11/08/06, AT 1:45 P.M., WITH ASA J. CHIMERA.

---

Officer(s) Reporting: **DET. R. BAENA** — ID 5275/50 — Unit 3361 — Date 10/31/0

Officer Reviewing: **SGT. R. IRVINE** — ID 3293 — Referred To: SCB — Assigned To: BAENA — By 3360 — Date 10/31/0

Case Status: **CLOSED**
Clearance Type: 1. Arrest
Date Cleared: 10/31/06
Number Arrested: 01

Page 3 of 3