



Florida Sexual Offender and Predators                                                Page 1 of 1



Registration No: 255036       Person Number: 49939

4. Within 48 hours, after any change of address in permanent or temporary residence, change of name due to marriage or other legal process, or when my driver's license is subject to renewal, I must report that information **in person** to the driver's license office of the Department of Highway Safety and Motor Vehicles to obtain and maintain a valid Florida driver's license or identification card.

5. If I live in another state, but work or attend school in Florida, I MUST register my work or school address as a temporary address within 48 hours by reporting **in person** to the local Sheriff's Office. I must also obtain and maintain a valid Florida driver's license or identification card.

6. If I intend to establish residence in another state or jurisdiction other than the State of Florida, I must report **in person** to the local Sheriff's Office to notify of my intention to do so within 48 hours prior to leaving.

7. If I later decide to remain in this state (see #6 above), I must report **in person** back to the local Sheriff's Office to notify of my intention to remain in Florida. This report must occur within 48 hours after the date I indicated that I would leave. **Failure to comply with this requirement is a felony of the second degree.**

8. If I move from a permanent residence and do not have another permanent or temporary residence, I must report this change **in person** to the Sheriff's Office within 48 hours. I must update all registration information and provide an address or location that I will occupy until I establish a residence.

9. If I later decide to remain at the permanent residence (see #8 above), I must report **in person** back to the Sheriff's Office to notify of my intention. This report must occur within 48 hours after the date that I indicated that I would leave the permanent residence. **Failure to comply with this requirement is a felony of the second degree.**

10. I MUST respond to any address verification correspondence from FDLE within three weeks of the date of the correspondence.

11. If I am employed, carry on a vocation, am a student, or become a resident of another state I must also register in that state.

12. If I am enrolled, employed, or carrying on a vocation at an institution of higher education in this state, I shall also provide the name, address, and county of each institution, including each campus attended, and my enrollment or employment status. I shall report each change in enrollment or employment status **in person** at the Sheriff's Office within 48 hours after any change in status.

13. I MUST report any electronic mail address or instant message name, prior to using such, during registration/reregistration and provide all updates through the online system provided by the Florida Department of Law Enforcement.

### PLEASE READ CAREFULLY BEFORE SIGNING

As a Sexual Predator (*Florida Statute 775.21*) or Sexual Offender (*Florida Statute 943.0435, 944.607 or 985.481*), you are required by law to abide by those requirements listed on this form. By signing below, you acknowledge that you have read or have been read all the requirements on this form, AND that you understand these requirements.

**YOU ARE REQUIRED TO REREGISTER EACH YEAR AT THE SHERIFF'S OFFICE IN THE MONTHS OF January, April, July, AND October.**

Under penalty of perjury I declare the above is true and correct.

Registrant: ▓▓▓▓▓▓▓ (Signature Required)    Witnessed by Reporting Officer: _____ (Signature Required)

Fingerprint

Printed Name: ▓▓▓▓▓▓▓    Date: 10/01/2009    Printed Name: Martha Delaosa    Date: 10/01/2009

* OFFICIAL DOCUMENT  DO NOT DESTROY *

***** NOTE: Your next ReRegistration month is January of 2010. *****