IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA   183

| DIVISION | **JUDGMENT** | |
|---|---|---|
| ☒ CRIMINAL | ☐ Probation Violator | ☐ Retrial |
| | ☐ Community Control Violator | ☐ Resentence |

| PLAINTIFF(S) | VS. DEFENDANT(S) |
|---|---|
| THE STATE OF FLORIDA | ROBERT BOATWRIGHT |

CASE NUMBER:  F06-036668

AKA:Robert C Boatinright, Homer Lee Boatwright, Robert C Boatwright

The Defendant, ROBERT BOATWRIGHT, being personally before this Court represented by

STEPHEN ERIK TAYLOR,PD, his/her attorney of record.

The State represented by, CAROLYN ZEGEER, Assistant State's Attorney, and having:

☐ been tried and found guilty           ☐ DNA taken purs. to FS 943.325
☒ entered plea of guilty
☐ entered plea of nolo contendere        to the following crime(s):

CLOCK IN

| COUNT | CRIME | DEGREE | OFFENSE STATUTE NO. |
|---|---|---|---|
| 1 | SEXUAL OFFENDER/VIOLATE REGISTRATION REQUIREMENTS | 3/F | 943.0435 |

and no cause being shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

YPO-04/16/08
REV 10/02
Clerk's web address: www.miami-dadecl.   .com

Page 1 of 3

GOVERNMENT
EXHIBIT

CASE
NO. 14-23933

EXHIBIT
NO.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL, CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION [X] CRIMINAL | CHARGES/COSTS/FEES | CASE NUMBER: F06-036668 |
|---|---|---|

| PLAINTIFF(S) THE STATE OF FLORIDA | VS. DEFENDANT(S) ROBERT  BOATWRIGHT AKA:Robert C Boatinright, Homer Lee Boatwright, Robert C Boatwright |
|---|---|

The Defendant is hereby ordered to pay the following sum indicated:

| $50.00 | Pursuant to F.S. 938.03(4)  (Crimes Compensation Trust Fund). |
|---|---|
| $3.00 | Three dollars as a court cost pursuant to F.S. 938.01 (1) $3.00 (Criminal Justice Trust & Education Funds). |
| $200.00 | Pursuant to 938.05(1) (Local Government Criminal Justice Trust Fund). |
| $40.00 | Pursuant to F.S. 27.52(2) (Public Defender Application Fee). |
| $3.00 | Pursuant to F.S. 938.19 (Teen Courts). |
| $50.00 | Pursuant to F.S. 775.083(2) (Crime Prevention Programs). |
| $2.00 | Two dollars as a court cost pursuant to F.S. 938.15 $2.00 (Criminal Justice Trust & Education Funds). |
| $151.00 | Pursuant to F.S. 938.085 |
| $65.00 | Pursuant to  F.S. 939.185(1)(a)  (Assessment of Additional Court Costs as adopted by Ordinance 04-116) |
| $85.00 | Pursuant to F.S. 939.185(1)(b)  (Surcharge as adopted by Ordinance 05-123) |
| $649.00 – | TOTAL |

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this  14th day of April, 2008.

JUDGE  DIANE  WARD

* (W=WAIVED/S=SUSPENDED)

REV 10/02 YPO-04/16/08                    Page 2 of 3

Clerk's web address: www.miami-dadeclerk.com

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | |
|---|---|
| ☒ CRIMINAL | FINGERPRINTS OF DEFENDANT |
| ☐ OTHER | |

THE STATE OF FLORIDA        VS.

*Robert  Boatwright*

PLAINTIFF                    DEFENDANT

CASE NUMBER:        06-31668

I herby certify that the foregoing fingerprints on this judgment are the fingerprints of the defendant named above, and that they were placed thereon by said defendant in my presence, in open court, on this date and that the defendant provided the below Social Security Number or was unable to provide said number as indicated.

Fingerprints taken by: _____ *3714 Coi* _____
                        Name                    Title

CLOCK IN
FILED
APR 14 2008
CLERK

FINGERPRINTS OF DEFENDANT

Social Security Number of Defendant _____

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this _____ day of _____ APR 14 2008 , 20____

JUDGE
DIANE WARD

Page 3 of 3

k's web address: www.miami-dadeclerk.com

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL, CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA    259

| DIVISION | |
| [X] CRIMINAL | SENTENCE |

AS TO COUNT: 1

| PLAINTIFF(S) | VS. DEFENDANT(S) |
| THE STATE OF FLORIDA | ROBERT  BOATWRIGHT |

| CASE NUMBER: F06-036668 | OBTS NUMBER _____ |

AKA:Robert C Boatinright, Homer Lee Bostwright, Robert C Boatwright

The Defendant, being personally before this Court, accompanied by his/her
attorney(s):STEPHEN ERIK TAYLOR,PD
and having been adjudicated guilty herein, and the Court having given the defendant
an opportunity to
be heard and to offer matters in mitigation of sentence, and to show cause why
he/she should not be sentenced as provided by law, and no cause
having been shown:

IT IS THE SENTENCE OF THE COURT that the defendant is hereby:

    Is hereby committed to the custody of the Florida Department of Corrections..

TO BE IMPRISONED:

    For a term of 8.00 Year(s).

IN REF: Defendant
ROBERT BOATWRIGHT

SPECIAL PROVISIONS

CASE NUMBER: F06-03666B

AS TO COUNT: 1

By appropriate notation, the following provisions apply to the sentence imposed:

MANDATORY / MINIMUM PROVISIONS:

| CATEGORY | SPECIAL PROVISION DESCRIPTION | SPECIFICATION |
|----------|-------------------------------|---------------|
| Felony Offender | The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of Florida Statute 775.084(4). A minimum term as specified above must be served prior to release. The requisite findings by the court are set forth in a separate order or stated on the record in open court. | 5 YEARS MINIMUM MANDATORY |

IN REF: Defendant
        ROBERT BOATWRIGHT

## OTHER PROVISIONS

CASE NUMBER: F06-036668

| CATEGORY | OTHER PROVISION DESCRIPTION | SPECIFICATION |
|---|---|---|
| Jail Credit | It is further ordered that the Defendant shall be allowed a total of the specified time as credit for time incarcerated prior to imposition of this sentence. | FROM: 10-24-06 PER COURT |
| Consecutive/concurrent as to Other Convictions | It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run as indicated with the following: | CONCURRENT WITH CASE F93-33195 |

In the event the above sentence is to the Department of Corrections, the Sheriff of Dade County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the Department together with a copy of this Judgment and Sentence and any other documents specified by Florida Statutes.

The defendant in Open Court was advised of his right to appeal from this sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing indigence.

DONE AND ORDERED in Open Court in    Miami-Dade County, Florida    this    14th day of    April, 2008

JUDGE DIANE WARD